IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff <br> vs <br> 1) JOSE A. RODRIGUEZ-LESPIER <br> 2) ROLANDO NATLA-SABATER <br> **3) RENE RAMIREZ-ALZAMORA** <br> 4) RUBEN FERNANDEZ-LOPEZ <br> 5) MANUEL PEREZ-HUERTAS <br> 6) MAGALI L. FERNANDEZ-LOPEZ <br> 7) MELISSA MADERA-LABOY <br> 8) CARLOS D. MARTINEZ-MENDOZA <br> 9) ERIC C. GONZALEZ-MELENDEZ <br> 10) WILFREDO LOPEZ-MARTINEZ <br> 11) CARLOS RIVERA-VELAZQUEZ <br> 12) CRISTOBAL MUÑOZ-GARCIA <br> 13) JOSE M. ALBIZU-RIVERA <br> 14) JUAN M. LOPEZ-COLON <br> 15) JOSE A. COSME-MALDONADO <br> 16) RUFINO COLON-PEREZ <br> 17) MARIA L. COLON-VEGA <br> 18) EDWIN GARCIA-RIOS <br> 19) WILLIAM FLORES-LESPIER <br> 20) RAFAEL IRIZARRY-SANTOS <br> 21) WILLIAM ROSADO-GUZMAN <br> 22) NIURKA M. MUÑOZ-GOMEZ <br> 23) JOSE M. GOMEZ-ZALDO <br> 24) CARLOS R. RODRIGUEZ-VEGA <br> 25) SANTOS R. MONTES-MONTALVO <br> 26) SOTERO GONZALEZ-LOPEZ <br> 27) FELIX MALDONADO-RIOS <br> 28) ERIC H. GONZALEZ-CHACON <br> 29) JOSE J. FELICIANO-RIVERA <br> 30) JOSE E. LOPEZ-MIRANDA <br> 31) MELVIN J. OJEDA-VAZQUEZ <br> 32) JAVIER O. PEREZ-HERNANDEZ <br> 33) GUSTAVO A. VELEZ-OQUENDO <br> 34) LORIMAR SANTIAGO-RODRIGUEZ <br> Defendants | CRIMINAL 10-0412CCC |

**ORDER**

Having considered the Report and Recommendation filed on October 17, 2011 (**docket entry 489**) on a Rule 11 proceeding of defendant René Ramírez-Alzamora (3) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on October 14, 2011, to which no

CIVIL 10-0412CCC                            2

opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Ramírez-Alzamora is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 14, 2011.  The **sentencing hearing is set for February 3, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on October 31, 2011.

                                             S/CARMEN CONSUELO CEREZO
                                             United States District Judge